*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Colleen A. McNichol
    Debtor(s)

Case No: 19–11164–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of default filed by NewRez LLC dba Shellpoint Mortgage Servicing and objection filed by the debtor

    on: 6/2/21

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/22/21

Timothy B. McGrath
Clerk of Court

57 – 55, 56
Form 167