Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-11164-AMC**

COLLEEN A. MC NICHOL  
129 FLINTLOCK ROAD  
DREXEL HILL  PA    19026

Petition Filed Date: 02/26/2019  
341 Hearing Date: 04/05/2019  
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/04/2020 | $5,539.00 | | 03/23/2020 | $1,154.00 | | 05/26/2020 | $1,154.00 | |
| 06/23/2020 | $1,154.00 | | 07/23/2020 | $1,154.00 | | 08/24/2020 | $1,154.00 | |
| 09/23/2020 | $1,154.00 | | 10/23/2020 | $1,154.00 | | 11/23/2020 | $1,154.00 | |
| 12/28/2020 | $1,154.00 | | 03/24/2021 | $1,500.00 | | | | |

**Total Receipts for the Period:  $17,425.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $25,503.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $2,311.90 | $0.00 | $2,311.90 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $3,106.73 | $0.00 | $3,106.73 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,168.03 | $0.00 | $1,168.03 |
| 14 | NEWREZ LLC  D/B/A<br>»» 014 | Mortgage Arrears | $20,403.99 | $18,097.65 | $2,306.34 |
| 16 | FEDERAL LOAN SERVICING<br>»» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,899.06 | $0.00 | $1,899.06 |
| 12 | MARINER FINANCE LLC<br>»» 012 | Unsecured Creditors | $4,185.06 | $0.00 | $4,185.06 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $1,356.12 | $0.00 | $1,356.12 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $689.77 | $0.00 | $689.77 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,014.76 | $0.00 | $1,014.76 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,114.82 | $0.00 | $2,114.82 |
| 5 | PSECU<br>»» 005 | Unsecured Creditors | $6,967.66 | $0.00 | $6,967.66 |
| 6 | PSECU<br>»» 006 | Unsecured Creditors | $9,535.71 | $0.00 | $9,535.71 |
| 8 | WELLS FARGO<br>»» 08S | Secured Creditors | $1,311.92 | $1,163.63 | $148.29 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | WELLS FARGO<br>»» 08U | Unsecured Creditors | $554.75 | $0.00 | $554.75 |
| 4 | DAVID B SPITOFSKY ESQ<br>»» 004 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,503.00 | Current Monthly Payment: | $1,121.00 |
| Paid to Claims: | $23,261.28 | Arrearages: | $4,896.00 |
| Paid to Trustee: | $2,241.72 | Total Plan Base: | $67,392.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.