United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-11164-amc
Colleen A. McNichol Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen A. McNichol, 129 Flintlock Road, Drexel Hill, PA 19026-4905 |
| cr | + | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | | Nissan Motor Acceptance Corporation, Servicer for, PO Box 660366, Dallas, TX 75266-0366 |
| 14278904 | + | Anthony McNichol, 66 W. Eagle Road, Havertown, PA 19083-1425 |
| 14278905 | + | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14308975 | + | DITECH FINANCIAL,LLC, c/o RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14278899 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14278908 | + | Demetrios H. Tsarouhis, Esq., 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14318511 | | Ditech Financial LLC, PO Box 0049, Palatine IL 60055-0049 |
| 14308979 | + | Ditech Financial LLC, c/o LAUREN BERSCHLER KARL, P.O. Box 305, Ingomar, PA 15127-0305 |
| 14408218 | + | Ditech Financial LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14408099 | + | Ditech Financial,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106, LLC 19106-1541 |
| 14278910 | + | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14278911 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14278914 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14331157 | + | Nissan Motor Acceptance Corporation, Servicer for, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14278916 | | Nissan-Infiniti, P.O. Box 660366, Dallas, TX 75266-0366 |
| 14333529 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14333973 | + | US Department of Education, c/o FedLoan Servicing, PO BOX 530210, Atlanta GA 30353-0210 |
| 14302101 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14302524 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |
| 14278920 | + | Wells Fargo Card Services, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 02 2022 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 02 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14278902 | | Email/Text: bnc@alltran.com | Mar 02 2022 23:52:00 | Alltran Financial, LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 14278903 | + | Email/PDF: bncnotices@becket-lee.com | Mar 02 2022 23:59:42 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |

Case 19-11164-amc    Doc 77    Filed 03/04/22    Entered 03/05/22 00:31:02    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14302536 | | Email/PDF: bncnotices@becket-lee.com | Mar 02 2022 23:59:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14296121 | | Email/PDF: bncnotices@becket-lee.com | Mar 02 2022 23:59:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14278906 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2022 23:52:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 14280005 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2022 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14281253 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2022 23:52:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14278907 | + | Email/Text: clientservices@credit-control.com | Mar 02 2022 23:52:00 | Credit Control, LLC, 5757 Phantom Drive, Ste. 330, Hazelwood, MO 63042-2429 |
| 14278901 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 02 2022 23:52:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14278912 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2022 23:52:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14278913 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:59:37 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14282717 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:59:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14278914 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 02 2022 23:52:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14302112 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2022 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14278915 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2022 23:52:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14476774 | | Email/Text: mtgbk@shellpointmtg.com | Mar 02 2022 23:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14278917 | + | Email/Text: bankruptcynotices@psecu.com | Mar 02 2022 23:52:00 | PA State Employees Credit Union, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14278918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2022 23:59:37 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14317436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2022 23:59:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14292657 | + | Email/Text: bankruptcynotices@psecu.com | Mar 02 2022 23:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14281252 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 23:59:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14280962 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 23:59:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278919 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 23:59:36 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278900 | *+ | Colleen A. McNichol, 129 Flintlock Road, Drexel Hill, PA 19026-4905 |
| 14316374 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14278909 | ##+ | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14317605 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Colleen A. McNichol spitofskybk@verizon.net  spitofskylaw@verizon.net |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Nissan Motor Acceptance Corporation  Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    COLLEEN A. MC NICHOL

Debtor

Chapter 13

Bankruptcy No. 19-11164-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 2, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE